ELOY R. GARCIA
DISTRICT CLERK
401 N. BRITTON AVENUE. ROOM304
RIO GRANCE CITY, TX 78582
Phone (956) 716-4800 EXT8482 FAX (956) 487-8493

# PAYMENT RECEIPT
FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/23/2015 11:52:39 AM
KEITH E. HOTTLE
Clerk

JOSE MARIA AGUIRRE. MERCED
AGUIRRE. ELIAS AGUIRRE. JR. ARGELIO
AGUIRRE. JOSE GUADALUPE AGUIRRE.
MAURICIA A. VILLARREAL. ELSA A
LARA AND ALMA ROSA A TREVINO V
HUGO ALANIZ

Receipt No: **14066**
Date Received: **01/21/2015**
Date Posted: 01/21/2015

| Payment Information | |
|---|---|
| Cause No: **DC-09-71**<br>Paid By: **HUGO ALANIZ**<br>Party Responsible: **ALANIZ HUGO** | Payment Method: **CH** |

| Item No | Description | Amount Received |
|---|---|---|
| 1. | Clerk's Records | $306.00 |

| | |
|---|---|
| TOTAL CHARGES | $566.00 |
| PREVIOUS PAYMENTS | $260.00 |
| PAYMENT AMOUNT | $306.00 |
| REMAINING BALANCE | $0.00 |

RECEIVED BY: __BRENDALY GUERRERO__

# THANK YOU